UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :    ECF Case
John T. Metcalf,                                       :
                                                       :    11-cv-7728 (AKH)
                        Plaintiff,                     :
                                                       :
              v.                                       :
                                                       :
Sophocles N. Zoullas, et al.,                          :
                                                       :
                        Defendants.                    :
                                                       :
-------------------------------------------------------x
```

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective July 20, 2011, CHITWOOD HARLEY HARNES LLP's Great Neck, New York office relocated to the following address:

1350 Broadway, Suite 908
New York, New York 10018.
Phone: (917) 595-4600
Fax: (404) 876-4476


Dated:  April 18, 2013.

        **CHITWOOD HARLEY HARNES LLP**

        By: /s/ Carol S. Shahmoon
        Carol S. Shahmoon, CS-8607
        cshahmoon@chitwoodlaw.com
        Gregory E. Keller, GK-4562
        gkeller@chitwoodlaw.com
        1350 Broadway, Suite 908
        New York, NY 10018
        Tel:  (917) 595-4600

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **"Plaintiff's Notice Of Change of Address"** was filed this 18th day of April, 2013, via this Court's CM/ECF filing system, which gives electronic notice to all parties registered to receive such notice.

 s/ Carol S. Shahmoon
Carol S. Shahmoon, CS-8607
cshahmoon@chitwoodlaw.com
1350 Broadway, Suite 908
New York, NY 10018
Tel:  (917) 595-4600