UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John T. Metcalf, | |
| Plaintiff, | ECF |
| vs. | C.A. NO. 11-CV-7728-AKH |
| Sophocles N. Zoullas, Alexis P. Zoullas, Douglas P. Haensel, Jon Tomasson, Joseph M. Cianciolo, David B. Hiley, Thomas B. Winmill, Forrest E. Wylie, Alan S. Ginsberg, Eagle Bulk Shipping Inc. | |
| Defendants. | |

### NOTICE OF DEATH OF PLAINTIFF AND OF
### UNOPPOSED MOTION FOR SUBSTITUTION OF DECEASED PLAINTIFF

PLEASE TAKE NOTICE that, pursuant to Rule 25 of the Federal Rules of Civil Procedure, Carol S. Shahmoon, attorney for Plaintiff in the above-entitled action, will move this Court before the Honorable Alvin K. Hellerstein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York, at a time and date convenient for the Court, for an order to substitute as plaintiff Helen Metcalf in the place of Mr. Metcalf who is deceased. Helen Metcalf, who is Mr. Metcalf's widow and the executor of his estate, has agreed to be substituted as plaintiff in this case. Defendants have reviewed these motion papers and do not oppose this motion.

Dated: June 7, 2013

**CHITWOOD HARLEY HARNES LLP**

By: /s/ Carol S. Shahmoon

        Carol S. Shahmoon, CS-8607
        cshahmoon@chitwoodlaw.com
        Gregory E. Keller, GK-4562
        gkeller@chitwoodlaw.com
        1350 Broadway, Suite 908
        New York, NY 10018
        Tel:  (917) 595-4600

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **"Notice Of Death Of Plaintiff And Of Unopposed Motion For Substitution Of Deceased Plaintiff"** was filed this 7th day of June, 2013, via this Court's CM/ECF filing system, which gives electronic notice to all parties registered to receive such notice.

 s/ Carol S. Shahmoon
Carol S. Shahmoon, CS-8607
cshahmoon@chitwoodlaw.com
1350 Broadway, Suite 908
New York, NY 10018
Tel: (917) 595-4600