Hellerstein, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



John T. Metcalf,

    Plaintiff,

vs.

Sophocles N. Zoullas, Alexis P. Zoullas,
Douglas P. Haensel, Jon Tomasson, Joseph M.
Cianciolo, David B. Hiley, Thomas B.
Winmill, Forrest E. Wylie, Alan S. Ginsberg,
Eagle Bulk Shipping Inc.

    Defendants.

ECF

C.A. NO. 11-CV-7728-AKH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/13

## [PROPOSED] ORDER GRANTING
## UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF

WHEREAS this case was filed by John T. Metcalf as a shareholder of Eagle Bulk Shipping Inc.;

WHEREAS John T. Metcalf is now deceased and Helen Metcalf, Mr. Metcalf's widow and executor of his estate, which continues to own shares in the company, consents to act as a substitute plaintiff in this case; and

WHEREAS Defendants do not oppose substituting Helen Metcalf as plaintiff.

IT IS HEREBY ORDERED that:

The motion pursuant to Rule 25 of the Federal Rules of Civil Procedure to substitute Helen Metcalf, executor John T. Metcalf's estate, as plaintiff in this case, is GRANTED.

SO ORDERED this 6 day of 2013:

Hon. Alvin K. Hellerstein
United States District Judge